FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2013 MAY -8 PM 3:01

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

JOSEPH V. MOORE,

    Plaintiff,

v.

    Case No. 3:12-cv-797-J-20MCR

CITY OF ST. AUGUSTINE, FLORIDA,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before this Court on the parties' Stipulation for Dismissal with Prejudice (Dkt. 46).

Accordingly it is **ORDERED**:

1. The parties' Stipulation for Dismissal with Prejudice (Dkt. 46) is **GRANTED**;

2. Pursuant to Rule 41, Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice**; and

3. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of May, 2013.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Joseph V. Moore, *Pro Se*
Susan S. Erdelyi, Esq.